THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* J. G. MENIHAN CORP., Appellant.

Argued January 6, 1954; decided March 4, 1954.

*Paul Reed Taylor* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.